296 U.S. 557
 56 S.Ct. 104
 80 L.Ed. 393
 ST. LOUIS CAN COMPANY, petitioner,
v.
GENERAL AMERICAN LIFE INSURANCE COMPANY et al.*
 No. 157.
 Supreme Court of the United States
 October 14, 1935
 
 Messrs. T. M. Pierce and Samuel H. Liberman, both of St. Louis, Mo., for petitioner.
 
 
 1
 For opinion below, see 77 F.(2d) 598.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted.
 
 
 
 *
 Writ of certiorari dismissed 296 U. S. 660, 56 S. Ct. 305, 80 L. Ed. 470.